1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BELLZI, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>HUGFUN INTERNATIONAL, INC., a business entity form unknown; and FIVE BELOW, INC., a Pennsylvania corporation,<br><br>            Defendants. | Case No. 5:23-cv-01224 SSS (BFMx)<br><br>Assigned to Hon. Sunshine Suzanne Sykes<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Action filed:      June 23, 2023 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:   AUGUST 3 , 2023

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE