JS-6

Tommy SF Wang (SBN: 272409)
Edward Lu (SBN: 333657)
WANG IP LAW GROUP, P.C.
18645 E. Gale Ave., Suite 205
City of Industry, CA 91748
Telephone: (626) 269-6753
Facsimile: (888) 827-8880
Emails: twang@thewangiplaw.com;
elu@thewangiplaw.com

Attorneys for Plaintiff,
Bellzi, Inc.

Allen B. Grodsky (SBN 111064)
GRODSKY, OLECKI & PURITSKY LLP
11111 Santa Monica Blvd, Suite 1070
Los Angeles, CA 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557
Emails: allen@thegolawfirm.com,

Attorneys for Defendants,
Hugfun International, Inc. and
Five Below Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELLZI, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HUGFUN INTERNATIONAL, INC., a business entity form unknown; and FIVE BELOW, INC., a Pennsylvania corporation,<br><br>  Defendants. | Case No.: 5:23-cv-01224 SSS (BFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Sunshine Suzanne Sykes |

1   Pursuant to the stipulation of the parties, IT IS ORDERED THAT THIS
2   ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all
3   claims, causes of action, and parties, with each party bearing that party's own
4   attorney's fees and costs.
5
6   Dated: July 8, 2024
7                                                                _____
                                                                 Hon. Sunshine Suzanne Sykes
                                                                 UNITED STATES DISTRICT JUDGE